## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

BILLI JO FUHRMAN,

        Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

No. C05-4008-PAZ

**ORDER**

_____

On January 6, 2006, the undersigned filed a Report and Recommendation on the plaintiff's appeal from denial of her applications for Title II disability insurance ("DI") and Title XVI supplemental security income ("SSI") benefits. On January 19, 2006, the parties filed a consent to proceed before a United States Magistrate Judge, and Chief Judge Mark W. Bennett transferred the case to the undersigned for final disposition and entry of judgment pursuant to 28 U.S.C. § 636(c).

The undersigned therefore adopts the findings of fact and conclusions of law contained in the previously-filed report and recommendation as the law of the case, and **ORDERS** that the Commissioner's decision is **affirmed** and judgment will enter on behalf of the defendant and against the plaintiff.

     **IT IS SO ORDERED.**

     **DATED** this 19th day of January, 2006.

_____
PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT