IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| BILLI JO FUHRMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C05-4008PAZ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| JO ANNE B BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of the Commissioner is **AFFIRMED** and judgment is hereby entered on behalf of the Defendant Jo Anne B Barnhart, Commissioner of Social Security and against Plaintiff Billi Jo Fuhrman.

Dated: January 19, 2006

PRIDGEN J WATKINS
Clerk

(By) kfs - Deputy Clerk